# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ERIC W. WANG            :        CHAPTER 13
        HEATHER A. WANG      :
        Debtors                      :        NO. 20-11403

## ORDER

AND NOW, this 20th day of March, 2020, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **April 3, 2020** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months' income information.

_____
                              J.