## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Eric W. Wang            CHAPTER 13
        Heather  A. Wang

                                      BKY. NO. 20-11403 JKF

                 Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                   Respectfully submitted,
                                   **/s/ Rebecca A. Solarz Esquire**
                                   Rebecca A Solarz, Esquire
                                   Kevin G. McDonald, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322