# Earnings Statement

ERIC WANG

Company: 0N759 - WILLIAM A FRASER INC
DBA: FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING  PA  19611   (610) 378-0101

Pay Date: 02/21/2020
Period Start: 02/02/2020
Period End: 02/15/2020

Emp #: A0CO
Dept: 000 09 - Service Mgr
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2076.93 | 7211.55 |
| Personal | | 0.00 | 634.62 |
| Vacation | | 230.77 | 807.70 |
| Auto Allowance | | 184.62 | 738.48 |
| Holiday | | 0.00 | 576.93 |
| Incentive | | 100.00 | 600.00 |
| Mileage Reimbursement $ | | 40.68 | 262.73 |
| Parking & Tolls | | 7.70 | 1298.50 |
| **Gross** | | **2640.70** | **12130.51** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 192.78 | 795.12 |
| Medicare | | 31.77 | 129.97 |
| Social Security | | 135.83 | 555.72 |
| Penn. State W/H(M/0) | | 67.26 | 275.18 |
| 460701,LOWER MERION TWP | | 21.91 | 89.64 |
| LST 460701, LOWER MERION TWP | | 2.00 | 8.00 |
| Pennsylvania UI/HC/WF | | 1.44 | 5.88 |
| **Deductions** | | | |
| EE HSA Family | | 20.00 | 80.00 |
| EE Opt Life | | 4.38 | 17.52 |
| LTD | | 14.15 | 56.60 |
| Medical 2000 HSA | | 161.68 | 646.72 |
| Met Life Dental High | | 32.25 | 129.00 |
| Spouse Opt Life | | 2.19 | 6.33 |
| Vision-SEC 125 | | 2.95 | 11.80 |
| **Net Pay** | | **1950.11** | **9323.03** Voucher No 233302998DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 1950.11 | 9323.03 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | 0.46 | 1.84 | *Memo Only | |
| Personal Hours | 3.33 | 6.66 | 22.00 | -15.34 |
| Vacation (All) Hours | 0.00 | 66.65 | .00 | 58.65 |

# Earnings Statement

ERIC WANG

| | |
|---|---|
| Pay Date: | 02/07/2020 |
| Period Start: | 01/19/2020 |
| Period End: | 02/01/2020 |

Company: 0N759 - WILLIAM A FRASER INC
DBA: FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING  PA  19611   (610) 378-0101

Emp #: A0CO
Dept: 000 009 - Service Mgr
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 1961.54 | 5134.62 |
| Personal | | | 346.16 | 634.62 |
| Vacation | | | 0.00 | 576.93 |
| Auto Allowance | | | 184.62 | 553.86 |
| Holiday | | | 0.00 | 576.93 |
| Incentive | | | 0.00 | 500.00 |
| Mileage Reimbursement $ | | | 80.34 | 222.05 |
| Parking & Tolls | | | 440.90 | 1290.80 |
| **Gross** | | | **3013.56** | **9489.81** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 180.78 | 602.34 |
| Medicare | | | 30.32 | 98.20 |
| Social Security | | | 129.63 | 419.89 |
| Penn. State W/H(M/0) | | | 64.19 | 207.92 |
| 460701,LOWER MERION TWP | | | 20.91 | 67.73 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 6.00 |
| Pennsylvania UI/HC/WF | | | 1.38 | 4.44 |
| **Deductions** | | | | |
| EE HSA Family | | | 20.00 | 60.00 |
| EE Opt Life | | | 4.38 | 13.14 |
| LTD | | | 14.15 | 42.45 |
| Medical 2000 HSA | | | 161.68 | 485.04 |
| Met Life Dental High | | | 32.25 | 96.75 |
| Spouse Opt Life | | | 1.38 | 4.14 |
| Vision-SEC 125 | | | 2.95 | 8.85 |
| **Net Pay** | | | **2347.56** | **7372.92** Voucher No. 31184028DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 2347.56 | 7372.92 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | 0.46 | 1.38 | *Memo Only | |
| Personal Hours | 0.00 | 3.33 | 22.00 | -18.67 |
| Vacation (All) Hours | 0.00 | 66.65 | 0.00 | 66.65 |

# Earnings Statement

**ERIC WANG**

| | |
|---|---|
| Pay Date: | 01/24/2020 |
| Period Start: | 01/05/2020 |
| Period End: | 01/18/2020 |

Company: 0N759 - WILLIAM A FRASER INC
DBA: FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING  PA  19611  (610) 378-0101

Emp #: A0CO
Dept: 000009 - Service Mgr
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2019.24 | 3173.08 |
| Personal | | | 288.46 | 288.46 |
| Vacation | | | 0.00 | 576.93 |
| Auto Allowance | | | 184.62 | 369.24 |
| Holiday | | | 0.00 | 576.93 |
| Incentive | | | 500.00 | 500.00 |
| Mileage Reimbursement $ | | | 77.34 | 141.71 |
| Parking & Tolls | | | 17.00 | 849.90 |
| **Gross** | | | **3086.66** | **6476.25** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 240.78 | 421.56 |
| Medicare | | | 37.56 | 67.88 |
| Social Security | | | 160.63 | 290.26 |
| Penn. State W/H(M/0) | | | 79.54 | 143.73 |
| 460701,LOWER MERION TWP | | | 25.91 | 46.82 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 4.00 |
| Pennsylvania UI/HC/WF | | | 1.68 | 3.06 |
| **Deductions** | | | | |
| EE HSA Family | | | 20.00 | 40.00 |
| EE Opt Life | | | 4.38 | 8.76 |
| LTD | | | 14.15 | 28.30 |
| Medical 2000 HSA | | | 161.68 | 323.36 |
| Met Life Dental High | | | 32.25 | 64.50 |
| Spouse Opt Life | | | 1.38 | 2.76 |
| Vision-SEC 125 | | | 2.95 | 5.90 |
| **Net Pay** | | | **2301.77** | **5025.36** Voucher No. 288809836DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 2301.77 | 5025.36 | A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | 0.46 | 0.92 | *Memo Only | |
| Personal Hours | 3.33 | 3.33 | 10.00 | -6.67 |
| Vacation (All) Hours | 0.00 | 66.65 | 0.00 | 66.65 |

# Earnings Statement

ERIC WANG

| | |
|---|---|
| Pay Date: | 01/10/2020 |
| Period Start: | 12/22/2019 |
| Period End: | 01/04/2020 |

Company: 0N759 - WILLIAM A FRASER INC
DBA: FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING  PA  19611   (610) 378-0101

Emp #: A0CO
Dept: 000 009 - Service Mgr
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 1153.84 | 1153.84 |
| Vacation | | | 576.93 | 576.93 |
| Auto Allowance | | | 184.62 | 184.62 |
| Holiday | | | 576.93 | 576.93 |
| Mileage Reimbursement $ | | | 64.37 | 64.37 |
| Parking & Tolls | | | 832.90 | 832.90 |
| **Gross** | | | **3389.59** | **3389.59** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 180.78 | 180.78 |
| Medicare | | | 30.32 | 30.32 |
| Social Security | | | 129.63 | 129.63 |
| Penn. State W/H(M/0) | | | 64.19 | 64.19 |
| 460701,LOWER MERION TWP | | | 20.91 | 20.91 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 2.00 |
| Pennsylvania UI/HC/WF | | | 1.38 | 1.38 |
| **Deductions** | | | | |
| EE HSA Family | | | 20.00 | 20.00 |
| EE Opt Life | | | 4.38 | 4.38 |
| LTD | | | 14.15 | 14.15 |
| Medical 2000 HSA | | | 161.68 | 161.68 |
| Met Life Dental High | | | 32.25 | 32.25 |
| Spouse Opt Life | | | 1.38 | 1.38 |
| Vision-SEC 125 | | | 2.95 | 2.95 |
| **Net Pay** | | | **2723.59** | **2723.59** Voucher No. 26290488DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2723.59 | 2723.59 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | 0.46 | 0.46 | *Memo On | |
| Vacation (All) Hours | 0.00 | 0.00 | 0.00 | 0.00 |