DOUGLAS P TERRY INC
REMAX PROPERTIES LTD
210 PENNS TRAIL SUITE 100
NEWTOWN PA 18940

ORG: 100 Payroll
EE ID: 74

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 74

Home Department: 100 Payroll

Pay Period: 01/27/20 to 02/09/20
Check Date: 02/13/20    Check #: 13888

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6463 | 1215.61 | 3646.80 |
| **NET PAY** | **1215.61** | **3646.80** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1538.46 | | 4615.38 |
| **Total Hours** | | | | | |
| **Gross Earnings** | | | 1538.46 | | 4615.38 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 95.38 | 286.15 |
| Medicare | | 22.30 | 66.92 |
| Fed Income Tax | MWS 1 | 139.64 | 418.92 |
| PA Income Tax | | 47.23 | 141.69 |
| PA Unemploy | | 0.92 | 2.76 |
| PA LNEBU-Buc L | | 2.00 | 6.00 |
| PA NWTWP-Buc | | 15.38 | 46.14 |
| **TOTAL** | | 322.85 | 968.58 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1215.61 | 3646.80 |

*Payrolls by Paychex, Inc.*

0026 0026-G288  Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
REMAX PROPERTIES LTD
210 PENNS TRAIL SUITE 100
NEWTOWN PA 18940

ORG: 100 Payroll
EE ID: 74    DD

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 74

Home Department: 100 Payroll

Pay Period: 01/13/20 to 01/26/20
Check Date: 01/30/20    Check #: 13877

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6463 | 1215.59 | 2431.19 |
| **NET PAY** | **1215.59** | **2431.19** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1538.46 | | 3076.92 |
| Total Hours | | | | | |
| Gross Earnings | | | 1538.46 | | 3076.92 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 95.39 | 190.77 |
| Medicare | | 22.31 | 44.62 |
| Fed Income Tax | MWS 1 | 139.64 | 279.28 |
| PA Income Tax | | 47.23 | 94.46 |
| PA Unemploy | | 0.92 | 1.84 |
| PA LNEBU-Buc L | | 2.00 | 4.00 |
| PA NWTWP-Buc | | 15.38 | 30.76 |
| **TOTAL** | | **322.87** | **645.73** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1215.59 | 2431.19 |

Payrolls by Paychex, Inc.

0026 0026-G288    Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
REMAX PROPERTIES LTD
210 PENNS TRAIL SUITE 100
NEWTOWN PA 18940

0026-G288
ORG 100 Payroll
EE ID: 74
DD

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 74

Home Department: 100 Payroll

Pay Period: 12/30/19 to 01/12/20
Check Date: 01/16/20    Check #: 13863

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6463 | 1215.60 | 1215.60 |
| NET PAY | 1215.60 | 1215.60 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1538.46 | | 1538.46 |
| Total Hours | | | | | |
| Gross Earnings | | | 1538.46 | | 1538.46 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 95.38 | 95.38 |
| Medicare | | 22.31 | 22.31 |
| Fed Income Tax | MWS 1 | 139.64 | 139.64 |
| PA Income Tax | | 47.23 | 47.23 |
| PA Unemploy | | 0.92 | 0.92 |
| PA LNEBU-Buc L | | 2.00 | 2.00 |
| PA NWTWP-Buc | | 15.38 | 15.38 |
| TOTAL | | 322.86 | 322.86 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1215.60 | 1215.60 |

0026 0026-G288    Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238

Payrolls by Paychex, Inc.