# Earnings Statement

ERIC WANG

| | |
|---|---|
| Pay Date: 05/01/2020 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 04/12/2020 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 04/25/2020 | 320 PENN AVE |
| | WEST READING  PA  19611  (610) 378-0101 |

Emp #: A0CO
Dept: 000009 - Service Mgr
Pay Basis: Salary

|  | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2242.52 | 17712.20 |
| Personal | | 118.03 | 1224.77 |
| Vacation | | 0.00 | 1279.82 |
| Auto Allowance | | 184.62 | 1661.58 |
| Holiday | | 0.00 | 812.99 |
| Incentive | | 0.00 | 800.00 |
| Mileage Reimbursement $ | | 0.00 | 406.28 |
| Other Pay | | 0.00 | 3.77 |
| Parking & Tolls | | 400.00 | 2549.52 |
| **Gross** | | **2945.17** | **26450.93** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 187.13 | 1754.76 |
| Medicare | | 31.08 | 288.28 |
| Social Security | | 132.91 | 1232.66 |
| Penn. State W/H(M/0) | | 65.81 | 610.38 |
| 460701,LOWER MERION TWP | | 21.44 | 198.83 |
| LST 460701, LOWER MERION TWP | | 2.00 | 18.00 |
| Pennsylvania UI/HC/WF | | 1.42 | 13.09 |
| **Deductions** | | | |
| EE HSA Family | | 20.00 | 180.00 |
| EE Opt Life | | 4.38 | 39.42 |
| LTD | | 14.15 | 127.35 |
| Medical 2000 HSA | | 161.68 | 1455.12 |
| Met Life Dental High | | 32.25 | 290.25 |
| Spouse Opt Life | | 2.19 | 17.28 |
| Vision-SEC 125 | | 2.95 | 26.55 |
| **Net Pay** | | **2265.78** | **20198.96** Voucher No. 244901439DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2265.78 | 20198.96 A/C:8258 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | 0.46 | 4.14 | *Memo Only | |
| Personal Hours | 0.00 | 13.32 | 42.00 | -28.68 |
| Vacation (All) Hours | 0.00 | 66.65 | 24.00 | 42.65 |

# Earnings Statement

**ERIC WANG**

|  |  |
|---|---|
| Pay Date: 04/17/2020 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 03/29/2020 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 04/11/2020 | 320 PENN AVE |
|  | WEST READING  PA  19611    (610) 378-0101 |

Emp #: A0CO
Dept: 000009 - Service Mgr
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 1888.43 | 15469.68 |
| Personal | | 0.00 | 1106.74 |
| Vacation | | 236.06 | 1279.82 |
| Auto Allowance | | 184.62 | 1476.96 |
| Holiday | | 236.06 | 812.99 |
| Incentive | | 0.00 | 800.00 |
| Mileage Reimbursement $ | | 0.00 | 406.28 |
| Other Pay | | 0.00 | 3.77 |
| Parking & Tolls | | 0.00 | 2149.52 |
| **Gross** | | **2545.17** | **23505.76** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 187.13 | 1567.63 |
| Medicare | | 31.08 | 257.20 |
| Social Security | | 132.90 | 1099.75 |
| Penn. State W/H(M/0) | | 65.81 | 544.57 |
| 460701,LOWER MERION TWP | | 21.44 | 177.39 |
| LST 460701, LOWER MERION TWP | | 2.00 | 16.00 |
| Pennsylvania UI/HC/WF | | 1.42 | 11.67 |
| **Deductions** | | | |
| EE HSA Family | | 20.00 | 160.00 |
| EE Opt Life | | 4.38 | 35.04 |
| LTD | | 14.15 | 113.20 |
| Medical 2000 HSA | | 161.68 | 1293.44 |
| Met Life Dental High | | 32.25 | 258.00 |
| Spouse Opt Life | | 2.19 | 15.09 |
| Vision-SEC 125 | | 2.95 | 23.60 |
| **Net Pay** | | **1865.79** | **17933.18** Voucher No. 242797299DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 1865.79 | 17933.18 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | 0.46 | 3.68 | *Memo Only | |
| Personal Hours | 3.33 | 13.32 | 38.00 | -24.68 |
| Vacation (All) Hours | 0.00 | 66.65 | 24.00 | 42.65 |

# Earnings Statement

**ERIC WANG**

Company: 0N759 - WILLIAM A FRASER INC
DBA: FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING  PA  19611   (610) 378-0101

Pay Date: 04/03/2020
Period Start: 03/15/2020
Period End: 03/28/2020

Emp #: A0CO
Dept: 000009 - Service Mgr
Pay Basis: Salary

|  | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2124.49 | 13581.25 |
| Personal | | 236.06 | 1106.74 |
| Vacation | | 0.00 | 1043.76 |
| Auto Allowance | | 184.62 | 1292.34 |
| Holiday | | 0.00 | 576.93 |
| Incentive | | 0.00 | 800.00 |
| Mileage Reimbursement $ | | 7.80 | 406.28 |
| Other Pay | | 0.00 | 3.77 |
| Parking & Tolls | | 411.12 | 2149.52 |
| **Gross** | | **2964.09** | **20960.59** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 187.13 | 1380.50 |
| Medicare | | 31.09 | 226.12 |
| Social Security | | 132.91 | 966.85 |
| Penn. State W/H(M/0) | | 65.81 | 478.76 |
| 460701,LOWER MERION TWP | | 21.44 | 155.95 |
| LST 460701, LOWER MERION TWP | | 2.00 | 14.00 |
| Pennsylvania UI/HC/WF | | 1.42 | 10.25 |
| **Deductions** | | | |
| EE HSA Family | | 20.00 | 140.00 |
| EE Opt Life | | 4.38 | 30.66 |
| LTD | | 14.15 | 99.05 |
| Medical 2000 HSA | | 161.68 | 1131.76 |
| Met Life Dental High | | 32.25 | 225.75 |
| Spouse Opt Life | | 2.19 | 12.90 |
| Vision-SEC 125 | | 2.95 | 20.65 |
| **Net Pay** | | **2284.69** | **16067.39** Voucher No. 240601620DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2284.69 | 16067.39 A/C:8258 |

| **Employee Benefits, Allowances, and Other** | | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | | 0.46 | 3.22 | *Memo Only | |
| Personal Hours | | 0.00 | 9.99 | 38.00 | -28.01 |
| Vacation (All) Hours | | 0.00 | 66.65 | 16.00 | 50.65 |

# Earnings Statement                                              ERIC WANG

|  |  |  |  |
|---|---|---|---|
| Pay Date: | 03/20/2020 | Company: 0N759 - WILLIAM A FRASER INC | Emp #: A0CO |
| Period Start: | 03/01/2020 | DBA: FRASER ADVANCED INFORMATION SYSTEMS | Dept: 000009 - Service Mgr |
| Period End: | 03/14/2020 | 320 PENN AVE | Pay Basis: Salary |
|  |  | WEST READING  PA  19611   (610) 378-0101 |  |

|  | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** |  |  |  |
| Regular |  | 2124.49 | 11456.76 |
| Personal |  | 236.06 | 870.68 |
| Vacation |  | 0.00 | 1043.76 |
| Auto Allowance |  | 184.62 | 1107.72 |
| Holiday |  | 0.00 | 576.93 |
| Incentive |  | 200.00 | 800.00 |
| Mileage Reimbursement $ |  | 47.91 | 398.48 |
| Other Pay |  | 3.77 | 3.77 |
| Parking & Tolls |  | 12.00 | 1738.40 |
| **Gross** |  | **2808.85** | **17996.50** |
| **W/H Taxes** |  |  |  |
| Federal W/H(M/0) |  | 211.58 | 1193.37 |
| Medicare |  | 34.03 | 195.03 |
| Social Security |  | 145.54 | 833.94 |
| Penn. State W/H(M/0) |  | 72.07 | 412.95 |
| 460701,LOWER MERION TWP |  | 23.47 | 134.51 |
| LST 460701, LOWER MERION TWP |  | 2.00 | 12.00 |
| Pennsylvania UI/HC/WF |  | 1.54 | 8.83 |
| **Deductions** |  |  |  |
| EE HSA Family |  | 20.00 | 120.00 |
| EE Opt Life |  | 4.38 | 26.28 |
| LTD |  | 14.15 | 84.90 |
| Medical 2000 HSA |  | 161.68 | 970.08 |
| Met Life Dental High |  | 32.25 | 193.50 |
| Spouse Opt Life |  | 2.19 | 10.71 |
| Vision-SEC 125 |  | 2.95 | 17.70 |
| **Net Pay** |  | **2081.02** | **13782.70** Voucher No. 238230508DD |
| **Net Pay Distribution** |  |  |  |
| Direct Deposit Net Check |  | 2081.02 | 13782.70 A/C:8258 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | 0.46 | 2.76 | *Memo Only |  |
| Personal Hours | 3.33 | 9.99 | 30.00 | -20.01 |
| Vacation (All) Hours | 0.00 | 66.65 | 16.00 | 50.65 |

| Earnings Statement | | | | ERIC WANG |
|---|---|---|---|---|
| Pay Date: | 03/06/2020 | Company: 0N759 - WILLIAM A FRASER INC | | Emp #: A0CO |
| Period Start: | 02/16/2020 | DBA: FRASER ADVANCED INFORMATION SYSTEMS | | Dept: 000009 - Service Mgr |
| Period End: | 02/29/2020 | 320 PENN AVE | | Pay Basis: Salary |
| | | WEST READING  PA  19611   (610) 378-0101 | | |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 164.71 | 0.00 |
| Regular | | 1956.01 | 9332.27 |
| Personal | | 0.00 | 634.62 |
| Vacation | | 236.06 | 1043.76 |
| Auto Allowance | | 184.62 | 923.10 |
| Holiday | | 0.00 | 576.93 |
| Incentive | | 0.00 | 600.00 |
| Mileage Reimbursement $ | | 87.84 | 350.57 |
| Parking & Tolls | | 427.90 | 1726.40 |
| **Gross** | | **3057.14** | **15187.65** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 186.67 | 981.79 |
| Medicare | | 31.03 | 161.00 |
| Social Security | | 132.68 | 688.40 |
| Penn. State W/H(M/0) | | 65.70 | 340.88 |
| 460701,LOWER MERION TWP | | 21.40 | 111.04 |
| LST 460701, LOWER MERION TWP | | 2.00 | 10.00 |
| Pennsylvania UI/HC/WF | | 1.41 | 7.29 |
| **Deductions** | | | |
| EE HSA Family | | 20.00 | 100.00 |
| EE Opt Life | | 4.38 | 21.90 |
| LTD | | 14.15 | 70.75 |
| Medical 2000 HSA | | 161.68 | 808.40 |
| Met Life Dental High | | 32.25 | 161.25 |
| Spouse Opt Life | | 2.19 | 8.52 |
| Vision-SEC 125 | | 2.95 | 14.75 |
| **Net Pay** | | **2378.65** | **11701.68** Voucher No. 235755860DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2378.65 | 11701.68 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AD&D 0-64 Memo Deduction * | 0.46 | 2.30 | *Memo Only | |
| Personal Hours | 0.00 | 6.66 | 22.00 | -15.34 |
| Vacation (All) Hours | 0.00 | 66.65 | 16.00 | 50.65 |