DOUGLAS P TERRY INC
REMAX PROPERTIES LTD
210 PENNS TRAIL SUITE 100
NEWTOWN PA 18940

0026-G288
ORG: 0026-G288
L: 100 Payroll
EE ID: 74    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Heather Wang | | | | Regular | | | 1538.46 | | 12307.68 |
| 6249 Patrick Henry Ct | | | | **Total Hours** | | | | | |
| Bensalem, PA 19020 | | | | **Gross Earnings** | | | 1538.46 | | 12307.68 |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 74 | | | | **Total Hrs Worked** | | | | | |
| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Home Department:** 100 Payroll | | | | Social Security | | | 95.39 | | 763.08 |
| | | | | Medicare | | | 22.31 | | 178.46 |
| **Pay Period:** 04/08/20 **to** 04/21/20 | | | | Fed Income Tax | MWS 1 | | 139.64 | | 1117.12 |
| **Check Date:** 04/23/20   **Check #:** 13948 | | | | PA Income Tax | | | 47.23 | | 377.84 |
| NET PAY ALLOCATIONS | | | | PA Unemploy | | | 0.92 | | 7.36 |
| | | | | PA LNEBU-Buc L | | | 2.00 | | 16.00 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | PA NWTWP-Buc | | | 15.38 | | 123.04 |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 6463 | 1215.59 | 9724.78 | | **TOTAL** | | | 322.87 | | 2582.90 |
| **NET PAY** | **1215.59** | **9724.78** | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1215.59** | **9724.78** |

*Payrolls by Paychex, Inc.*

0026 0026-G288  Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
REMAX PROPERTIES LTD
210 PENNS TRAIL SUITE 100
NEWTOWN PA 18940

0026-G288
ORG L: 100 Payroll
EE ID: 74         DD

NON-NEGOTIABLE

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA  19020

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 74

**Home Department:** 100 Payroll

**Pay Period:** 03/29/20 **to** 04/05/20
**Check Date:** 04/09/20    **Check #:** 13937
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6463 | 1215.61 | 8509.19 |
| **NET PAY** | **1215.61** | **8509.19** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1538.46 | | 10769.22 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1538.46 | | 10769.22 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 95.38 | 667.69 |
| | Medicare | | 22.30 | 156.15 |
| | Fed Income Tax | MWS 1 | 139.64 | 977.48 |
| | PA Income Tax | | 47.23 | 330.61 |
| | PA Unemploy | | 0.92 | 6.44 |
| | PA LNEBU-Buc L | | 2.00 | 14.00 |
| | PA NWTWP-Buc | | 15.38 | 107.66 |
| | **TOTAL** | | 322.85 | 2260.03 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1215.61** | **8509.19** |

*Payrolls by Paychex, Inc.*

0026 0026-G288  Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA  18940 • (215) 579-3238

DOUGLAS P TERRY INC
REMAX PROPERTIES LTD
210 PENNS TRAIL SUITE 100
NEWTOWN PA 18940

0026-G288
ORG L: 0026 a/n: 0
EE ID: 74    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Heather Wang | | | | Regular | | | 1538.46 | | 9230.76 |
| 6249 Patrick Henry Ct | | | | **Total Hours** | | | | | |
| Bensalem, PA 19020 | | | | **Gross Earnings** | | | 1538.46 | | 9230.76 |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 74 | | | | **Total Hrs Worked** | | | | | |
| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Home Department:** 100 Payroll | | | | Social Security | | | 95.39 | | 572.31 |
| | | | | Medicare | | | 22.31 | | 133.85 |
| **Pay Period:** 03/09/20 **to** 03/22/20 | | | | Fed Income Tax | MWS 1 | | 139.64 | | 837.84 |
| **Check Date:** 03/26/20   **Check #:** 13928 | | | | PA Income Tax | | | 47.23 | | 283.38 |
| NET PAY ALLOCATIONS | | | | PA Unemploy | | | 0.92 | | 5.52 |
| | | | | PA LNEBU-Buc L | | | 2.00 | | 12.00 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | PA NWTWP-Buc | | | 15.38 | | 92.28 |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 6463 | 1215.59 | 7293.58 | | **TOTAL** | | | 322.87 | | 1937.18 |
| **NET PAY** | **1215.59** | **7293.58** | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1215.59** | **7293.58** |

*Payrolls by Paychex, Inc.*

0026 0026-G288  Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
REMAX PROPERTIES LTD
210 PENNS TRAIL SUITE 100
NEWTOWN PA 18940

0026-G288
ORG L: 0026 a/n: 0
EE ID: 74          DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA  19020

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Heather Wang | | | | Regular | | | 1538.46 | | 7692.30 |
| 6249 Patrick Henry Ct | | | | **Total Hours** | | | | | |
| Bensalem, PA  19020 | | | | **Gross Earnings** | | | 1538.46 | | 7692.30 |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 74 | | | | **Total Hrs Worked** | | | | | |
| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Home Department:** 100 Payroll | | | | Social Security | | | 95.38 | | 476.92 |
| | | | | Medicare | | | 22.31 | | 111.54 |
| **Pay Period:** 02/26/20 **to** 03/10/20 | | | | Fed Income Tax | MWS 1 | | 139.64 | | 698.20 |
| **Check Date:** 03/12/20   **Check #:** 13914 | | | | PA Income Tax | | | 47.23 | | 236.15 |
| NET PAY ALLOCATIONS | | | | PA Unemploy | | | 0.92 | | 4.60 |
| | | | | PA LNEBU-Buc L | | | 2.00 | | 10.00 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | PA NWTWP-Buc | | | 15.38 | | 76.90 |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 6463 | 1215.60 | 6077.99 | | **TOTAL** | | | 322.86 | | 1614.31 |
| **NET PAY** | **1215.60** | **6077.99** | | | | | | | |

| | NET PAY | | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| | | | | **1215.60** | **6077.99** |

*Payrolls by Paychex, Inc.*

0026 0026-G288  Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA  18940 • (215) 579-3238

DOUGLAS P TERRY INC
REMAX PROPERTIES LTD
210 PENNS TRAIL SUITE 100
NEWTOWN PA 18940

0026-G288
ORG L: 100 4/hour
EE ID: 74     DD

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 74

**Home Department:** 100 Payroll

**Pay Period:** 02/10/20 **to** 02/23/20
**Check Date:** 02/27/20    **Check #:** 13902

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6463 | 1215.59 | 4862.39 |
| **NET PAY** | **1215.59** | **4862.39** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1538.46 | | 6153.84 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1538.46 | | 6153.84 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 95.39 | 381.54 |
| | Medicare | | 22.31 | 89.23 |
| | Fed Income Tax | MWS 1 | 139.64 | 558.56 |
| | PA Income Tax | | 47.23 | 188.92 |
| | PA Unemploy | | 0.92 | 3.68 |
| | PA LNEBU-Buc L | | 2.00 | 8.00 |
| | PA NWTWP-Buc | | 15.38 | 61.52 |
| | **TOTAL** | | 322.87 | 1291.45 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1215.59** | **4862.39** |

*Payrolls by Paychex, Inc.*

0026 0026-G288  Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238