# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Heather A. Wang**<br>        **Eric W. Wang**<br>                    **Debtor(s)** | **CHAPTER 13** |
| **LoanDepot.com, LLC**<br>                    **Movant**<br>        **vs.**<br>**Heather A. Wang**<br>**Eric W. Wang**<br>                    **Respondent(s)**<br>**Scott F. Waterman**<br>                    **Trustee** | **NO.** 20-11403 JKF |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by LoanDepot.com, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge