# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather A. Wang<br>     Eric W. Wang<br>              **Debtor(s)** | CHAPTER 13<br>BK. NO. 20-11403 JKF |
| LoanDepot.com, LLC<br>              **Movant**<br>    **vs.** | |
| Heather A. Wang<br>Eric W. Wang<br>              **Respondent(s)** | |

## <u>CERTIFICATION OF SERVICE</u>

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 10, 2020**.

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Heather A. Wang
6249 Patrick Henry Court
Bensalem, PA 19020

Eric W. Wang
6249 Patrick Henry Court
Bensalem, PA 19020

Date: June 10, 2020

By: **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322
    Attorney for Movant/Applicant