*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Eric W. Wang and Heather A. Wang

    Debtor(s)

Case No: 20–11403–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULED AS TO TIME ONLY\*\*\*
Motion for Relief from Stay . Fee Amount $181.00, Filed by TOYOTA MOTOR CREDIT CORPORATION Represented by ROBERT PATRICK WENDT (Counsel).

on: 9/9/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/19/20

Timothy B. McGrath
Clerk of Court

30 – 28
Form 167