United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 20-11403-amc
Eric W. Wang                                                        Chapter 13
Heather A. Wang
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Joan              Page 1 of 1              Date Rcvd: Aug 19, 2020
                               Form ID: 167            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
```
db/jdb         +Eric W. Wang,   Heather A. Wang,   6249 Patrick Henry Court,   Bensalem, PA 19020-1832
cr             +TOYOTA MOTOR CREDIT CORPORATION,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
14478627        Toyota Motor Credit,   111 W 22nd St,   Oakbrook, IL 60521
14492592       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Joint Debtor Heather A. Wang support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Eric W. Wang support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              ROBERT PATRICK WENDT    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Eric W. Wang and Heather A. Wang

Debtor(s)

Case No: 20−11403−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULED AS TO TIME ONLY***
Motion for Relief from Stay . Fee Amount $181.00, Filed by TOYOTA MOTOR CREDIT CORPORATION Represented by ROBERT PATRICK WENDT (Counsel).

on: 9/9/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/19/20

Timothy B. McGrath
Clerk of Court

30 − 28
Form 167