UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Eric Wang, Heather Wang | |
|---|---|
| Debtors(s) | |
| Toyota Motor Credit Corporation | BK NO. 20-11403-AMC |
| Movant | |
| v. | CHAPTER 13 |
| Eric Wang, Heather Wang | |
| Respondent | |
| and | |
| Scott F. Waterman | |
| Donald Andrew Wszalek | |
| Additional Respondent | |

**CERTIFICATE OF NO OBJECTION OR RESPONSE REGARDING MOTION OF TOYOTA MOTOR CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed on August 18, 2020 at Doc. No. 28 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than September 1, 2020.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay and Co-Debtor Stay be entered by the Court.

Date: September 2, 2020

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rewendt@leopoldassocaites.com
Attorney ID No.
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant