UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| ERIC WANG | : | 9/9/20 11:00 A.M. |
| HEATHER WANG | : | Courtroom # 4 |
| | : | |
| | : | Case No. 20-11403 |

# ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied. Debtors have filed their First Amended Chapter 13 Plan, in which the debtors propose payment in full to Movant, including the contractual interest that will become due, in order to satisfy Movant's lien and provide adequate protection.

    13.    Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay.

                                  Respectfully Submitted,

                                  YOUNG, MARR & ASSOCIATES

        By:        /s/Paul H. Young
                      Paul H. Young, Esquire
                      Attorney for Debtors
                      3554 Hulmeville Road, Suite 102
                      Bensalem, PA 19020
                      P: 215-639-5297
                      F: 215-639-1344
                      support@ymalaw.com