# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Heather A. Wang<br>　　　　 Eric W. Wang<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| LoanDepot.com, LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.| |
| Heather A. Wang<br>Eric W. Wang<br>　　　　　　　　Debtor(s) | NO. 20-11403 AMC |
| Scott F. Waterman<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LoanDepot.com, LLC, which was filed with the Court on or about **June 10, 2020: Document #22**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz,, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　412-430-3594

October 6, 2020