UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Eric Wang, Heather Wang  Debtors(s) | |
|---|---|
| Toyota Motor Credit Corporation  Movant | BK NO. 20-11403 |
| v.  Eric Wang, Heather Wang  Respondent | CHAPTER 13 |
| and  Scott F. Waterman  Additional Respondent | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages in the amount of $2,410.32 included in the Motion for Relief from Automatic Stay will be cured through the amended plan filed on September 9, 2020.
2. The debtor will treat the full amount of Movant's claim through the plan.
3. The provisions of this Stipulation do not constitute a waiver by the Movant of right to seek reimbursement of any amounts not included in the stipulation, including fees and costs due under the terms of the Agreement and applicable law.
4. The parties agree that facsimile signature shall be considered an original signature.

Date: November 17, 2020

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
Attorney for Movant

_____
Paul H Young, Esquire
Attorney for Debtors

*/s/ Polly A. Langdon*, Esquire
Polly A. Langdon, Esquire
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2020.  However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M Chan