UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric Wang, Heather Wang<br>                        Debtors(s) | |
| Toyota Motor Credit Corporation<br>                        Movant | BK NO. 20-11403 |
| v.<br>Eric Wang, Heather Wang<br>                        Respondent | CHAPTER 13 |
| and<br>Scott F. Waterman<br>                        Additional Respondent | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages in the amount of $2,410.32 included in the Motion for Relief from Automatic Stay will be cured through the amended plan filed on September 9, 2020.

2. The debtor will treat the full amount of Movant's claim through the plan.

3. The provisions of this Stipulation do not constitute a waiver by the Movant of right to seek reimbursement of any amounts not included in the stipulation, including fees and costs due under the terms of the Agreement and applicable law.

4. The parties agree that facsimile signature shall be considered an original signature.

Date: November 17, 2020

                                                            /s/ *Robert Wendt*, Esquire
                                                            By: Robert Wendt, Esquire
                                                            Attorney for Movant

_____
Paul H Young, Esquire
Attorney for Debtors


/s/ Polly A. Langdon, Esquire
Polly A. Langdon, Esquire
Chapter 13 Trustee


Approved by the Court this _____ day of _____, 2020.  However, the court retains discretion regarding entry of any further order.

**Date: January 29, 2021**

_____
Bankruptcy Judge
Ashely M Chan