United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-11403-amc |
|---|---|
| Eric W. Wang | Chapter 13 |
| Heather A. Wang | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eric W. Wang, Heather A. Wang, 6249 Patrick Henry Court, Bensalem, PA 19020-1832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | |
| | on behalf of Joint Debtor Heather A. Wang support@ymalaw.com |
| | ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor Eric W. Wang support@ymalaw.com |
| | ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com |
| ROBERT PATRICK WENDT | |
| | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com |
| | LeopoldAssociatesPAX6428@projects.filevine.com |
| SCOTT F. WATERMAN (Chapter 13) | |

District/off: 0313-2                                    User: admin                                        Page 2 of 2
Date Rcvd: Jan 29, 2021                                Form ID: pdf900                                 Total Noticed: 1

                          ECFMail@ReadingCh13.com

United States Trustee

                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric Wang, Heather Wang | |
| Debtor(s) | |
| Toyota Motor Credit Corporation | BK NO. 20-11403 |
| Movant | |
| v. | CHAPTER 13 |
| Eric Wang, Heather Wang | |
| Respondent | |
| and | |
| Scott F. Waterman | |
| Additional Respondent | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages in the amount of $2,410.32 included in the Motion for Relief from Automatic Stay will be cured through the amended plan filed on September 9, 2020.

2. The debtor will treat the full amount of Movant's claim through the plan.

3. The provisions of this Stipulation do not constitute a waiver by the Movant of right to seek reimbursement of any amounts not included in the stipulation, including fees and costs due under the terms of the Agreement and applicable law.

4. The parties agree that facsimile signature shall be considered an original signature.


Date: November 17, 2020


/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
Attorney for Movant

Paul H Young, Esquire
Attorney for Debtors

/s/ Polly A. Langdon, Esquire
Polly A. Langdon, Esquire
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2020.  However, the

court retains discretion regarding entry of any further order.

**Date: January 29, 2021**

Bankruptcy Judge
Ashely M Chan