# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ERIC W. WANG : CHAPTER 13
       HEATHER A. WANG :
       Debtors : NO. 20-11403

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the Second Amended Chapter 13 Plan by regular mail and/or certified mail (as indicated) to the addresses indicated below:

                                        /s/ Paul H. Young
                                        PAUL H. YOUNG, ESQUIRE
                                        Attorney for Debtors

Dated: May 28, 2021

Trustee

U.S. Trustee's Office

**(via certified mail)**
Attn:   Bankruptcy
Attn:   Timothy H. Wennes, CEO
Santander Consumer
5201 Rufe Snow Drive
Suite 400
North Richland Hills TX   76180

**(via certified mail)** State Farm Bank, FSB
Attn: Bankruptcy
Attn:  Michael Tipsord, CEO
2535 Daniels Street
Madison WI  53718

All creditors on matrix

Debtors