Office Mailing Address:                                     Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                  Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                         P.O. Box 680
Reading, PA  19606                                          Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11403-AMC**

Eric W. Wang                                          Petition Filed Date: 03/04/2020
Heather A. Wang                                       341 Hearing Date: 05/15/2020
6249 Patrick Henry Court                              Confirmation Date:
Bensalem  PA     19020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/20/2020 | $700.00 | | 05/21/2020 | $700.00 | | 06/11/2020 | $700.00 | |
| 07/10/2020 | $700.00 | | 08/21/2020 | $700.00 | | 09/16/2020 | $700.00 | |
| 10/20/2020 | $1,658.00 | | 12/07/2020 | $1,658.00 | | 12/28/2020 | $1,658.00 | |
| 01/25/2021 | $1,658.00 | | 03/01/2021 | $1,658.00 | | 03/25/2021 | $1,658.00 | |
| 04/26/2021 | $1,658.00 | | 05/24/2021 | $1,658.00 | | | | |

**Total Receipts for the Period: $17,464.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,464.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Eric W. Wang | Debtor Refunds | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,464.00 | Current Monthly Payment: | $1,658.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,658.00 |
| Paid to Trustee: | $1,398.22 | Total Plan Base: | $93,732.00 |
| Funds on Hand: | $16,065.78 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
  **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.