United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11403-amc |
| Eric W. Wang | Chapter 13 |
| Heather A. Wang | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 30, 2021 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric W. Wang, Heather A. Wang, 6249 Patrick Henry Court, Bensalem, PA 19020-1832 |
| 14478615 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 14502447 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14478620 | + | Inspire Federal Credit, 3 Friends Ln, Newtown, PA 18940-3426 |
| 14478619 | + | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14478622 | + | Medical Data Systems I, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 14478623 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14478625 | + | Regions Bank/greensky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14497616 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 961245 Fort Worth, TX 96161-124 |
| 14478626 | | State Farm Bank, F.s.b, Attn Credit Reporting, Bloomington, IL 61702 |
| 14478627 | | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14492592 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14478628 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14496694 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14478629 | + | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 |
| 14486364 | + | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14478616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2021 00:00:00 | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14478617 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2021 00:00:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14478618 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jun 30 2021 23:59:00 | Gateway One Lending &, 3818 E Coronado, Anaheim, CA 92807 |
| 14496008 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 01 2021 00:00:00 | Greensky, LLC, 1797 Northeast Expressway Suite 100, Atlanta, GA 30329-2451 |
| 14501153 | + | Email/Text: EZLaunch@lsc.net | Jun 30 2021 23:59:00 | ICUL Servic Corp, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14498331 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jul 01 2021 00:00:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14481795 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2021 00:09:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14478621 | + | Email/Text: bknotification@loandepot.com | Jul 01 2021 00:00:00 | Loandepo.co, 26642 Towne Center Dr., Foothill Ranch, CA 92610-2808 |
| 14498232 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2021 00:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14504291 | + | Email/Text: joey@rmscollect.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 01 2021 00:00:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14500696 | | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2021 00:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14478624 | + | Email/Text: joey@rmscollect.com | Jul 01 2021 00:00:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Joint Debtor Heather A. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Eric W. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LoanDepot.com LLC bkgroup@kmllawgroup.com |
| ROBERT PATRICK WENDT | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eric W. Wang and Heather A. Wang
      Debtor(s)　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 20−11403−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 30th day of June 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court