UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ERIC W. WANG  : Chapter 13
     and
    HEATHER A. WANG  :

      Debtors  : Bankruptcy No.  20-11403AMC

**O R D E R**

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 1-6 of LVNV Funding, LLC it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 1-6 of LVNV Funding, LLC is disallowed.

BY THE COURT:

Dated: _____

**Date: August 19, 2021**

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**