UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ERIC W. WANG and HEATHER A. WANG | : Chapter 13 : |
| | Debtors | : Bankruptcy No. 20-11403AMC |

### **O R D E R**

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 11-1 of ICUL Service Corp. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 11-1 of ICUL Service Corp. is disallowed.

BY THE COURT:

Dated: _____

**Date: August 25, 2021**

_____
**ASHELY M. CHAN,
Bankruptcy Judge**