*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Eric W. Wang and Heather A.
Wang
              Debtor(s)

Case No: 20–11403–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor
LoanDepot.com, LLC Filed by Eric W. Wang, Heather A. Wang

on: 5/25/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  4/13/22

Timothy B. McGrath
Clerk of Court