### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather A. Wang<br>Eric W. Wang<br>    Debtor(s) | Chapter 13 |
| LoanDepot.com, LLC<br>  v.<br>Heather A. Wang<br>Eric W. Wang<br>  and<br>Scott F. Waterman<br>    Trustee | NO. 20-11403 AMC |

## ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 27, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow LoanDepot.com, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6249 Patrick Henry Court Bensalem, PA 19020.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 25, 2022**

                           _____
                           United States Bankruptcy Judge.

cc: See attached service list

Heather A. Wang
6249 Patrick Henry Court
Bensalem, PA 19020

Eric W. Wang
6249 Patrick Henry Court
Bensalem, PA 19020

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532