United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 20-11403-amc

Eric W. Wang                                                                        Chapter 13

Heather A. Wang

Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                                    Page 1 of 2

Date Rcvd: Jun 09, 2022                   Form ID: trc                                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14502447 | Email/Text: BKelectronicnotices@cenlar.com | Jun 10 2022 00:01:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| CAMERON DEANE | on behalf of Debtor Eric W. Wang cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Joint Debtor Heather A. Wang cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Heather A. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | |

District/off: 0313-2

Date Rcvd: Jun 09, 2022

User: admin

Form ID: trc

Page 2 of 2

Total Noticed: 1

on behalf of Debtor Eric W. Wang support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ
   on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT PATRICK WENDT
   on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com
LeopoldAssociatesPAX6428@projects.filevine.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-11403-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Eric W. Wang
6249 Patrick Henry Court
Bensalem PA 19020

Heather A. Wang
6249 Patrick Henry Court
Bensalem PA 19020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/08/2022.

Name and Address of Alleged Transferor(s):

Claim No. 12: Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

LoanDepot.com, LLC
PO BOX 250009
Plano, TX 75025

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/11/22

Tim McGrath
**CLERK OF THE COURT**