United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-11403-amc
Eric W. Wang  Chapter 13
Heather A. Wang
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Aug 04, 2022  Form ID: trc  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14498331 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 04 2022 23:48:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

**Name**  **Email Address**

ANN E. SWARTZ
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

CAMERON DEANE
    on behalf of Debtor Eric W. Wang cdeane@weltman.com
    ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

CAMERON DEANE
    on behalf of Joint Debtor Heather A. Wang cdeane@weltman.com
    ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Joint Debtor Heather A. Wang support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 04, 2022 | Form ID: trc | Total Noticed: 1

PAUL H. YOUNG
    on behalf of Debtor Eric W. Wang support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor LoanDepot.com LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT PATRICK WENDT
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-11403-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Eric W. Wang<br>6249 Patrick Henry Court<br>Bensalem PA 19020 | Heather A. Wang<br>6249 Patrick Henry Court<br>Bensalem PA 19020 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/03/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 | Afni, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/06/22

Tim McGrath
**CLERK OF THE COURT**