| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-11403-AMC**

Eric W. Wang  
Heather A. Wang  
6249 Patrick Henry Court  
Bensalem  PA   19020

Petition Filed Date: 03/04/2020  
341 Hearing Date: 05/15/2020  
Confirmation Date: 06/30/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $1,658.00 | | 05/24/2021 | $1,658.00 | | 06/23/2021 | $1,658.00 | |
| 08/03/2021 | $1,658.00 | | 08/30/2021 | $1,658.00 | | 09/28/2021 | $1,658.00 | |
| 11/08/2021 | $1,658.00 | | 12/09/2021 | $1,658.00 | | 01/07/2022 | $1,658.00 | |
| 02/01/2022 | $1,900.17 | | 03/21/2022 | $1,900.17 | | | | |

**Total Receipts for the Period: $18,722.34    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,870.34**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric W. Wang | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TOYOTA MOTOR CREDIT CORP »» 002 | Secured Creditors | $14,538.31 | $5,197.03 | $9,341.28 |
| 3 | GREENSKY LLC »» 003 | Unsecured Creditors | $7,677.19 | $0.00 | $7,677.19 |
| 4 | WELLS FARGO »» 004 | Secured Creditors | $986.83 | $352.77 | $634.06 |
| 5 | SANTANDER CONSUMER USA »» 05S | Secured Creditors | $17,870.10 | $6,388.05 | $11,482.05 |
| 6 | SANTANDER CONSUMER USA »» 05U | Unsecured Creditors | $5,205.07 | $0.00 | $5,205.07 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $1,140.15 | $0.00 | $1,140.15 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $723.22 | $0.00 | $723.22 |
| 9 | STATE FARM BANK FSB »» 08S | Secured Creditors | $10,543.62 | $3,769.04 | $6,774.58 |
| 10 | AFNI INC »» 08U | Unsecured Creditors | $6,929.29 | $0.00 | $6,929.29 |
| 11 | QUANTUM3 GROUP LLC »» 009 | Unsecured Creditors | $483.84 | $0.00 | $483.84 |
| 12 | QUANTUM3 GROUP LLC »» 010 | Unsecured Creditors | $553.00 | $0.00 | $553.00 |
| 13 | ICUL SERVICE CORP »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | LOAN DEPOT »» 012 | Mortgage Arrears | $23,934.58 | $8,555.94 | $15,378.64 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PATIENT FIRST<br>»» 013 | Unsecured Creditors | $176.05 | $0.00 | $176.05 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,400.00 | $4,400.00 | $0.00 |
| 16 | LOAN DEPOT<br>»» 12P | Mortgage Arrears | $7,995.87 | $1,444.15 | $6,551.72 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,870.34 | Current Monthly Payment: | $1,919.00 |
| Paid to Claims: | $30,106.98 | Arrearages: | $7,694.83 |
| Paid to Trustee: | $2,763.36 | Total Plan Base: | $100,054.17 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.