United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Eric W. Wang  
Heather A. Wang  
    Debtors

Case No. 20-11403-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric W. Wang, Heather A. Wang, 6249 Patrick Henry Court, Bensalem, PA 19020-1832 |
| 14478615 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 14478618 | + | Gateway One Lending &, 3818 E Coronado, Anaheim, CA 92807-1620 |
| 14478619 | + | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14696589 | + | LoanDepot.com, LLC, PO BOX 250009, Plano, TX 75025-0009 |
| 14478625 | + | Regions Bank/greensky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14497616 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 961245 Fort Worth, TX 96161-124 |
| 14478626 | | State Farm Bank, F.s.b, Attn Credit Reporting, Bloomington, IL 61702 |
| 14478628 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14486364 | + | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 25 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 25 2022 00:07:00 | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14710589 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 00:15:42 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14502447 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 25 2022 00:07:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14478616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 00:07:00 | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14478617 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 00:07:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14496008 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 25 2022 00:07:00 | Greensky, LLC, 1797 Northeast Expressway Suite 100, Atlanta, GA 30329-2451 |
| 14501153 | + | Email/Text: EZLaunch@lsc.net | Aug 25 2022 00:07:00 | ICUL Servic Corp, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14478620 | + | Email/Text: jmerrill@inspirefcu.org | Aug 25 2022 00:07:00 | Inspire Federal Credit, 3 Friends Ln, Newtown, PA 18940-3426 |
| 14498331 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 25 2022 00:07:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 2328, Bloomington, IL 61702-2328 |
| 14481795 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 00:15:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14478621 | + | Email/Text: bknotification@loandepot.com | Aug 25 2022 00:07:00 | Loandepo.co, 26642 Towne Center Dr., Foothill Ranch, CA 92610-2808 |
| 14478623 | | Email/Text: EBN@Mohela.com | Aug 25 2022 00:07:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14478622 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 25 2022 00:07:00 | Medical Data Systems I, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 14498232 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 00:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14504291 | + | Email/Text: joey@rmscollect.com | Aug 25 2022 00:07:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14500696 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 00:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14478624 | + | Email/Text: joey@rmscollect.com | Aug 25 2022 00:07:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14478627 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 25 2022 00:07:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14492592 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 25 2022 00:07:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14496694 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 25 2022 00:15:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14486364 | ^ | MEBN | Aug 25 2022 00:05:22 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 32 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| CAMERON DEANE | on behalf of Debtor Eric W. Wang cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Joint Debtor Heather A. Wang cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Heather A. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Eric W. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT PATRICK WENDT | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  

    Eric W. Wang  

    Heather A. Wang  

             Debtors

Chapter 13

Bankruptcy No. 20-11403-AMC

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: August 24, 2022

ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE